UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIE CHAPA,<br><br>    Plaintiff,<br><br>- against –<br><br>SENSIO, INC . d/b/a BELLA.,<br><br>    Defendant. | Docket No.: 1:22-cv-10554<br><br>**JOINT MOTION TO APPEAR REMOTELY FOR FED. R. CIV. PRO 16 CONFERENCE** |

The parties respectfully request permission from the Court to appear telephonically or via video conference for the Fed R. Civ. P. 16 Conference on March 22, 2023.

Respectfully submitted,

**JOHNSON BECKER, PLLC**

Date: March 17, 2023

*/s/ Adam J. Kress*
Adam J. Kress, Esq.
*Admitted Pro Hac Vice*
Anna Rick, Esq.
*Pro Hac Vice to be filed*
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800 /612-436-1801 (fax)
akress@johnsonbecker.com
arick@johnsonbecker.com

*In association with:*

**MILBERG, COLEMAN, BRYSON, PHILLIPS GROSSMAN, LLC**

Randi Kassan, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
516-741-5600 / 516-741-0128 (fax)
Rkassan@thesandersfirm.com

---

The request is GRANTED. The parties shall file a letter promptly with the parties' email addresses and names for the Court to provide access information to a Microsoft Teams link. The public listen-only line may be accessed by dialing the toll-free number 877-336-1831 with access code 5583342.

Dated: March 20, 2023
New York, New York

SO ORDERED
*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

        **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: *Bernice E. Margolis*_____
Bernice E. Margolis, Esq. (BM0724)
Philip Quaranta, Esq.
Attorneys for Defendant
SENSIO INC. i/s/h/a SENSIO, INC.
1133 Westchester Avenue
White Plains, New York, NY 10604
(212) 915-5937
File No.: 14126.00008
Email: Bernice.Margolis@wilsonelser.com
Philip.Quaranta@wilsonelser.com