UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Willie Chapa,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>Sensio, Inc.,<br><br>　　　　　　Defendant. | 22-CV- 10554 (JLR)(RFT)<br><br>**TELEPHONE CONFERENCE ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　By Order of Reference dated January 5, 2024 (ECF 34), Judge Jennifer L. Rochon referred this case to Magistrate Judge Jennifer E. Willis. On January 9, 2024, that referral was reassigned to me. I have therefore scheduled a Telephone Conference on **January 25, 2024, at 12:00 PM**, at which time the parties will be directed to advise the Court as to the status of this matter. Parties are directed to file a proposed revised case management plan on the docket by January 18, 2024. Counsel for the parties are directed to call my Microsoft Teams conference at the scheduled time. **Please dial (646) 453-4442, Access Code: 725 118 589 #.**

　　If this date is not convenient for the parties, on or before January 12, 2024, counsel should e-mail my deputy clerk, Anne Zeng-Huang, at Anne_Huang@nysd.uscourts.gov to propose three alternative dates and times for the conference during the week of January 25, 2024.

DATED:　January 10, 2024
　　　　　New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge