UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Willie Chapa,<br><br>    Plaintiff,<br><br> -against-<br><br>Sensio, Inc.,<br><br>    Defendant. | 22-CV- 10554 (JLR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On February 2, 2024, the Court received the parties' joint status letter. After reviewing the parties' update on the status of discovery, it is so ORDERED that by Thursday, February 8, 2024, Defendant shall (1) inform Plaintiff whether Defendant is willing to waive the provisions of any protective orders in the two cases identified by plaintiff; (2) inform Plaintiff of the volume of documents in the Sharefile link referenced in the letter and provide an estimate to Plaintiff of when document production of those materials will be complete; (3) provide Plaintiff with a draft protective order; and (4) provide Plaintiff with an updated ESI protocol and report on the progress of work by defendant's ESI vendor

  It is further ORDERED that by February 9, 2024, the parties' joint status letter shall include an update on the above items, any additional discovery related topics, and whether the parties are willing to participate in a settlement conference or mediation in late April.

DATED: February 5, 2024
    New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge