UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Willie Chapa,<br><br>    Plaintiff,<br><br> -against-<br><br>Sensio, Inc.,<br><br>    Defendant. | 22-CV-10554 (JLR) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 9, 2024, the Court received the parties' joint status letter. (*See* ECF 42.) The status letter fails to address my request, in the order dated February 6, 2024, that the parties state whether they are willing to participate in settlement proceedings in late April, either with a mediator or in a settlement conference before me. The parties are ORDERED to provide that information in the next status update due Friday, February 16, 2024.

It is further ORDERED that (1) Plaintiff shall share any comments on the proposed protective order with Defendants by Wednesday, February 14, 2024 and the parties shall file an executed proposed protective order on the docket by Friday, February 16, 2024; (2) Defendants shall review Plaintiff's revisions to the proposed ESI protocol by Wednesday, February 14, 2024, and meet and confer with Plaintiff, if necessary, by Friday, February 16, 2024 in an attempt to resolve any outstanding disputes; (3) the parties shall finalize their ESI protocol and file it on the docket by Friday, February 23, 2024, or, if there are unresolved disputes about the proposed ESI protocol, the parties shall file a joint letter on the docket by 5:00 p.m. on Wednesday, February 28, 2024, outlining those disputes in anticipation of my ruling on them; and (4) Defendants shall complete the production of the non-privileged,

responsive documents from the Sharefile link that the parties referenced in their status letter

by Friday, March 1, 2024.

DATED:  February 12, 2024
        New York, New York

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge