UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIE CHAPA,<br><br>             Plaintiff,<br><br>   -against-<br><br>SENSIO, INC.,<br><br>             Defendant. | 22-CV-10554 (JLR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 1, 2024, the Court received the parties' joint status letter. (*See* ECF 51.)

IT IS ORDERED that Defendant shall complete the production of documents contained on Sharefile referenced in the status letter by Wednesday, March 6, 2024, if it has not already done so. By Friday, March 8, 2024, Defendant must update Plaintiff and the Court as to the volume of ESI that their review has yielded and the anticipated amount of time needed to review those materials.

DATED:  March 4, 2024
            New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge