UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIE CHAPA,<br><br>      Plaintiff,<br><br>-against-<br><br>SENSIO, INC.,<br><br>      Defendant. | 22-CV-10554 (JLR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 29, 2024, the Court received the parties' joint status letter. (*See* ECF 57.)

It is Ordered that by Friday, April 5, 2024, Plaintiffs shall supply Defendants with a narrow set of high priority search terms for Defendants to run across the 91,221 ESI population, referenced in the March 29, 2024, status letter, between a limited time frame. By Friday, April 12, 2024, Defendant must update Plaintiff and the Court as to the volume of ESI the narrow searches yielded, and the anticipated amount of time needed to review and produce those materials to Plaintiff.

Notwithstanding the above directive, Defendant shall simultaneously continue to work with its ESI vendor in order to further reduce the review population.

DATED: April 2, 2024
     New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge