UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIE CHAPA,<br><br>                    Plaintiff,<br><br>      -against-<br><br>SENSIO, INC.,<br><br>                    Defendant. | 22-CV-10554 (JLR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As per my Order dated January 25, 2024 (ECF 38), a joint status letter from the parties was due on Friday, April 5, 2024, by 5 P.M. The parties have not complied.

I am sua sponte extending the deadline for the joint status letter nunc pro tunc until **tomorrow, April 9, 2024**. The parties are directed to include in their update whether Plaintiff in accordance with my Order dated April 2, 2024 (ECF 60), supplied Defendant with a narrow set of high priority search terms for Defendant to run across the 91,221 ESI population, referenced in the March 29, 2024, status letter.

DATED:  April 8, 2024
            New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge