UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIE CHAPA,<br><br>              Plaintiff,<br><br>  -against-<br><br>SENSIO, INC.,<br><br>              Defendant. | 22-CV-10554 (JLR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

It appears that the Defendant inadvertently included confidential settlement information in its status update filed on April 12, 2024. I therefore directed the Clerk of Court to seal the filing. Defendant is directed to file a redacted copy of ECF 63, no later than April 16, 2024, at 9:00 AM.

DATED: April 15, 2024
            New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge